IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-cv-00130-FDW

| APRIL McDANIEL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GREYHOUND LINES, INC., et al., | ) | |
| Defendants. | ) | |

THIS MATTER comes now before the Court sua sponte to address Plaintiff's Response (Doc. No. 20) to Defendants' Motions to Dismiss (Docs. No. 14, 16, 18). Plaintiff, who is proceeding pro se, has handwritten her response, and the Court is unable to fully and completely comprehend it. Therefore, because the Court must fully understand Plaintiff's position to ensure that her claims receive fair consideration, Plaintiff's Response is STRICKEN and she is ordered to file a typewritten response to Defendants' Motions. The Court is able to read Plaintiff's exhibits (Docs. No. 20-2-20-14), and she need not retype or refile those exhibits. Plaintiff shall have two weeks, on or before **June 24, 2008**, to file a typewritten response.

IT IS SO ORDERED.           Signed: June 10, 2008

Frank D. Whitney
United States District Judge